FILED FOR RECORD

2015 SEP 23 AM 10:45

SUSAN ANDERSON
DISTRICT CLERK
MARION COUNTY, TEXAS

BY _____ DEP.

CAUSE NO. F14284

STATE OF TEXAS

VS.

NICHOLAS EDWARD AYERS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/23/2015 2:12:47 PM
DEBBIE AUTREY
Clerk

IN THE DISTRICT COURT

276TH JUDICIAL DISTRICT

MARION COUNTY, TEXAS

## NOTICE OF APPEAL

TO SAID HONORABLE COURT:

COMES NOW Nicholas Edward Ayers, defendant in the above styled and numbered cause, and gives notice of appeal from the sentence imposed against him in this cause on August 27, 2015, all pursuant to Rule 25.2, Rules of Appellate Procedure, and further shows that this is an appeal from a bench trial in which Defendant pleaded guilty and his punishment was assessed by the court at eighteen years confinement in the Institutional Division of the Texas Department of Criminal Justice.

WHEREFORE, defendant requests the Clerk to file this notice of appeal and immediately send one copy to the Court of Appeals for the Sixth Judicial District and one copy to the State's attorney and that the Clerk prepare a Clerk's Record in accordance with Rule 34.5(a)(2), Texas Rule of Appellate Procedure, to be sent to the Clerk of the Court of Appeals.

Respectfully submitted,

1

James P. Finstrom
Counsel for Defendant
202 S. Marshall, P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
Texas Bar #07038000

## CERTIFICATE OF SERVICE

I certify that I have hand delivered a true copy of the foregoing Notice of Appeal to Angela Smoak, counsel for the State, on this 23rd day of September, 2015.

James P. Finstrom